

**Lisa Littell Courson**
**Attorney at Law**
lisa.littell@jinkscrow.com

**Crystal Davis, Paralegal**
crystal.davis@jinkscrow.com

September 17, 2024

Hon. Allison Burroughs
United States District Court
District of Massachusetts

     *RE: Evers v. Hologic, Inc., Case No. 1:22-cv-11895*

Dear Hon. Burroughs,

    Pursuant to Judge Burroughs' Case Management Order, ECF # 101, issued in *Evers v. Hologic, Inc.,* Case No. 1:22-cv-11895, Attorney C. Elizabeth Littell intends to appear pro hac vice in the instant action and is paying the required pro hac vice fee.

                  Sincerely,

                  C. Elizabeth Littell

CEL/ctd

P.O. Box 350 | 219 Prairie Street North | Union Springs, Alabama 36089 | **Office**: 334.738.4225| **Fax**: 334.738.4229
324 Catoma Street | Montgomery, Alabama 36104 | **Office**: 334.473.2393 | **Fax**: 334.738.4229

**www.jinkscrow.com**